FILED
October 17, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br>v.<br><br>Sue Her,<br><br>             Defendant. | Case No. 2:06-mj-275 KJM<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release Sue Her  Case 2:06-mj-275 KJM from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __   Release on Personal Recognizance

    __   Bail Posted in the Sum of _____

    _X_  $50,000 Unsecured bond co-signed by brother to be replaced by secured bond secured by equity in property within 1 week

    __   Appearance Bond with 10% Deposit

    __   Appearance Bond secured by Real Property

    __   Corporate Surety Bail Bond

    _X_  (Other)  PTS conditions/supervision

Issued at  Sacramento, CA  on 10/17/06  at  2:57 p.m.

By /s/ Kimberly J. Mueller
Kimberly J. Mueller,
United States Magistrate Judge