Shari Rusk, Bar No. 170313
Attorney at Law
1710 Broadway, #111
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)443-1165
Email: Rusklaw@comcast.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | Case No.: Cr. S. 06-455 |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| vs. | DATE: June 8, 2009<br>TIME: 8:30 a.m.<br>COURT: Hon. William B. Shubb |
| SUE HER, | |
| Defendant | |

Defendants, Sue Her, by and through his undersigned counsel, Shari Rusk and the United States, by and through Assistant United States Attorney Jill Thomas, hereby agree and stipulate that the status conference previously scheduled for June 1, 2009 be re-scheduled for a change of plea on June 8, 2009.  The parties have reached an agreement in principle and are finalizing the details. Additional time is needed for continued defense preparation. Therefore the parties request that the matter be placed on calendar for a change of plea on June 8, 2009 and that date is available with the Court.

All parties agree that time should be excluded up to and through June 8, 2009 under the Speedy Trial Act, pursuant to 18 U.S.C. §

-1-

3161(h)(8)(B)(iv) and local code T4, to allow the defense sufficient time to prepare and investigate this matter.

///

///

Dated: May 27, 2009        Respectfully submitted,


                                   _/s/ Shari Rusk_____
                                   Shari Rusk
                                   Attorney for Defendant
                                   Sue Her


Dated: May 27, 2009
                                   /s/ Jill Thomas_____
                                   Jill Thomas
                                   Assistant United States Attorney


**ORDER**

It is so ordered.

DATED: May 28, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE